10888.  HINES, director-general, *v.* SWINT, by next friend.

SMITH, J.  The ruling in the case of *Hines* v. *Wilson*, ante, 63, is controlling in this case.

> *Judgment affirmed.  Jenkins, P. J., and Stephens, J., concur.*
> DECIDED MARCH 11, 1920.

Action for damages; from Henry superior court — Judge Searcy. August 2, 1919.

*Harris, Harris & Witman, E. M. Smith, Paul Turner,* for plaintiff in error.

*Reagan & Reagan,* contra.